Case 1:08-cv-01679 Document 2 Filed 03/21/2008 Page 1 of 1

FILED: MARCH 21, 2008
08CV1679
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN
EDA

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Peter Eichstaedt, and all others similarly situated

**DEFENDANTS**
Enternet LLC and Fastechnology Group, LLC

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DuPage
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 710 Fair Labor Standards Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
FLSA and Ill. Wage Payment and Collection Act

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ <$75,000
JURY DEMAND: [X] Yes

IX. This case [X] is not a refiling of a previously dismissed action.

DATE: March 21, 2008
SIGNATURE OF ATTORNEY OF RECORD