FILED: MARCH 21, 2008
08CV1679
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PETER EICHSTAEDT, and all others similarly situated<br>v.<br>ENTERNET LLC, and FASTECHNOLOGY GROUP, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PETER EICHSTAEDT, and all others similarly situated

| NAME (Type or print) |  |
|---|---|
| JUSTIN R. GAFFNEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>GAFFNEY & GAFFNEY | |
| STREET ADDRESS<br>1771 Bloomingdale Road | |
| CITY/STATE/ZIP<br>Glendale Heights, IL 60139 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281428 | TELEPHONE NUMBER<br>630-462-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |