UNITED STATES DISTRICT COURT
FOR THE **Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Peter Eichstaedt, et al.
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−01679
                                                        Honorable James B. Zagel

Enternet LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

        MINUTE entry before the Honorable James B. Zagel: Case is dismissed with prejudice and without costs pursuant to settlement.Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.